FILED
2013 JAN 22 PM 2:09

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| INMATE # P66428 | CASE NUMBER: |
|---|---|
| ALLEN KNESS, **PLAINTIFF(S)** | CV 13-210-UA(CW) |
| v. | |
| PAUL M. PHILIPS, | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE** |
| **DEFENDANT(S).** | |

**IT IS ORDERED** that the complaint **be filed** without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

_____   _____
Date                            United States Magistrate Judge

====================================================================

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency.
- ☑ Failure to authorize disbursements from prison trust account to pay filing fee.
- ☑ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☐ District Court lacks jurisdiction.
- ☐ Other _____

- ☑ Frivolous, malicious or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g).
- ☑ Leave to amend would be futile.
- ☐ Seeks monetary relief from a defendant immune from such relief.
- ☑ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. 28 U.S.C. § 1915(g); see O'Neal v. Price, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:
Plaintiff seeks damages in civil rights action against public defender who failed to get him acquitted in California Superior Court in 1999. See Kness v. Hartley, CV 12-2185-CAS(CW). Public defenders are not persons "acting under color of state law" for purposes of claims under 42 U.S.C. § 1983 claim. See Polk County v. Dodson, 454 U.S. 312, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981). Claim is also barred under Heck v. Humphrey, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

January 14, 2013                                  _Carla M. Woehrle_
Date                                              United States Magistrate Judge

====================================================================

**IT IS ORDERED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:

☐ **GRANTED**    ☑ **DENIED**    ☐ **DENIED with leave to amend within 30 days**

Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number.

If plaintiff does not timely submit an appropriate response to this Order, the Clerk is directed to close the case.

1/17/13                                          _____
Date                                              Chief United States District Judge

CV-073C (04/12)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE    Page 1 of 1